# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133278

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOVAN CHANDRE PAYNE,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133278
COA: 273566
Wayne CC: 05-000341-01

On order of the Court, the application for leave to appeal the January 19, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

s0618